**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TURBOCODE LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:25-CV-00174-JRG |
| | § | |
| COOLPAD GROUP LIMITED, | § | |
| | § | |
| *Defendant.* | § | |

# ORDER

Before the Court is the Notice of Dismissal with Prejudice (the "Notice") filed by Plaintiff TurboCode LLC ("Plaintiff"). (Dkt. No. 7.) In the Notice, Plaintiff voluntarily dismisses the above-captioned case with prejudice under Federal Rule of Civil Procedure 41(a)(1). (*Id.* at 1.) Defendant Coolpad Group Limited has not yet answered the Original Complaint for Patent Infringement (Dkt. No. 1) or moved for summary judgment. (Dkt. No. 7 at 1.)

Having considered the Notice, the Court **ACKNOWLEGES AND ACCEPTS** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 10th day of June, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE